```
                  IN THE UNITED STATES DISTRICT COURT FOR
                THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                       *
ANN FITZWATER,
                                       *
     Plaintiff,
                                       *

          v.                           *
                                           CIVIL NO.: WDQ-10-0376
                                       *
BETHESDA FUNDING, LLC,
                                       *
     Defendant.
                                       *

                                       *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

The Plaintiff having filed a Notice of Acceptance of Offer of Judgment under Fed. R. Civ. P. 68(a), it is, this 24th day of March 2010, ORDERED that:

1. The Clerk shall enter judgment in favor Plaintiff Ann Fitzwater in the amount of $3,500.00, plus costs and reasonable attorneys' fees incurred to date;

2. The parties shall endeavor to reach an agreement as to the amount of costs and attorneys' fees;

3. If no agreement is reached regarding costs and attorneys' fees, Fitzwater may petition the Court for costs and fees; and

4. The Clerk shall send copies of this Order to counsel for the parties.

```
                                        _____/s/_____
                                        William D. Quarles, Jr.
                                        United States District Judge
```